| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **7** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Performance Driven Landscaping Corp.** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-4091022** |
| **4.** | **Debtor's address** | **Principal place of business**  **7840 Fruitville Rd.**  **Sarasota, FL 34240**  Number, Street, City, State & ZIP Code  **Sarasota**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.pdlfla.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 1

Debtor  **Performance Driven Landscaping Corp.**           Case number (*if known*) _____
               Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5617__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                           Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Performance Driven Landscaping Corp.**     Case number (*if known*) _____
       Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Performance Driven Landscaping Corp.**    Case number (*if known*)
    Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 4, 2020**
               MM / DD / YYYY

X **/s/ Joy Nichole DeGrasse**                              **Joy Nichole DeGrasse**
  Signature of authorized representative of debtor            Printed name

Title    **CFO**

**18. Signature of attorney**

X **/s/ Timothy B. Harvey, Esq.**                           Date **May 4, 2020**
  Signature of attorney for debtor                              MM / DD / YYYY

**Timothy B. Harvey, Esq. 1007972**
Printed name

**T. Harvey Law, P.A.**
Firm name

**9040 Town Center Pkwy**
**Lakewood Ranch, FL 34202**
Number, Street, City, State & ZIP Code

Contact phone  **941-552-7884**       Email address  **tim@tharveylaw.com**

**1007972 FL**
Bar number and State

Performance Driven Landscaping Corp.
7840 Fruitville Rd.
Sarasota, FL 34240

Edgewood Nursery
326 N. Havana Rd.
Venice, FL 34292

Knight Capital Funding
9 East Lockerman St.
Ste 202-543
Dover, DE 19901

Timothy B. Harvey, Esq.
T. Harvey Law, P.A.
9040 Town Center Pkwy
Lakewood Ranch, FL 34202

Enverra
Enverra Partners, LLC
2101 L. Street NW
Ste 800
Washington, DC 20037

M & W Supply, Inc.
7750 Fruitville Rd.
Sarasota, FL 34240

American Farms
1484 Keane Ave.
Naples, FL 34117

Free as a Bird
2166 NW 10th St.
Ocala, FL 34475

Manatee County Utilities
4410 66th St. W.
Bradenton, FL 34210

Bennett Contracting
6029 33rd Rd. St. E.
Bradenton, FL 34203

Frontier Communications
5050 Kingsley Drive
Cincinnati, OH 45227

Michael A. France
1515 Ringling Blvd.
Ste. 800
Sarasota, FL 34236

Bentley & Bruning, P.A.
783 South Orange Ave.
3rd Floor
Sarasota, FL 34236

Gardenmasters of SW Florida
341 Seaboard Ave.
Venice, FL 34285

Michael L. Morgan, Esq.
Michael L. Morgan Law Group
2364 Fruitville Rd.
Sarasota, FL 34237

BTS Horticultural Sciences
c/o Simone Brown
121 Holly Ave.
Sarasota, FL 34243

J. Sanford
1079 N. Trail
#328
Nokomis, FL 34275

Midco Petroleum
2212 6th St.
Sarasota, FL 34237

Cadence Bank
17 N. 20th Street
Birmingham, AL 35203

James R. Giczewski
2111 Palm View Road
Sarasota, FL 34240

Mike Armstrong Landscaping
8475 69th St. E.
Palmetto, FL 34221

Charles F. Johnson, Esq.
Blalock Walters, P.A.
802 11th Street West.
Bradenton, FL 34205

Jason Williams, Esq.
Shutts & Bowen LLP
300 South Orange Avenue
Suite 1600
Orlando, FL 32801

Mulch Blowers of Florida
5311 36th Ave. E.
Birmingham, AL 35221

Deiter's Sod & Landscaping
Deiter's sod Service, Inc.
2315 Zipperer Rd.
Bradenton, FL 34212

Joy Nichole DeGrasse
2727 Dick Wilson
Sarasota, FL 34240

Next Level Turf Management
8402 Sabal Industrial Blvd.
Tampa, FL 33619

Pit Stop Auto Repair
4402 Bee Ridge Rd.
Sarasota, FL 34233

Pit stop Auto Repair
1841 Tamiami Trail S.
Sarasota, FL 34239

Pye Barker Fire & Safety
2141 12th St.
Sarasota, FL 34237

Republic Services
PO Box 271647
Tampa, FL 33688

SaraMana Bus. Products
1618 Barber Rd.
Sarasota, FL 34240

Sarasota Mobile Marine Svc
c/o Robert Tuden
642 Pompano Ave.
Sarasota, FL 34237

Scott Friedman
2702 W. Azelea St.
Tampa, FL 33609

Site One Landscaping
6055 Clark Center Ave.
Sarasota, FL 34238

Southeast Spreading Company
13650 Fiddlesticks Blvd.
Ste 202-336
Fort Myers, FL 33912

Superior Architechtural Sol.
1575 15th ave. Dr. E.
Ste 102
Palmetto, FL 34221

Triple O Nursery Farms, Inc.
14750 SW 248th St.
Homestead, FL 33032

TWC Distributors, Inc.
1550 Sarasota Center Blvd.
Sarasota, FL 34240-7885

Venice Pest Control
114 Corporation Way
Venice, FL 34285

# United States Bankruptcy Court
## Middle District of Florida

In re  **Performance Driven Landscaping Corp.**                             Case No.
                                     Debtor(s)                              Chapter  **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Performance Driven Landscaping Corp.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Joy Nichole DeGrasse**
**2727 Dick Wilson**
**Sarasota, FL 34240**

☐ None [*Check if applicable*]

| | |
|---|---|
| **May  4, 2020** | **/s/ Timothy B. Harvey, Esq.** |
| Date | **Timothy B. Harvey, Esq. 1007972** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Performance Driven Landscaping Corp.** |
| | **T. Harvey Law, P.A.** |
| | **9040 Town Center Pkwy** |
| | **Lakewood Ranch, FL 34202** |
| | **941-552-7884 Fax:941-296-8577** |
| | **tim@tharveylaw.com** |