# United States Bankruptcy Court
## Middle District of Florida

In re: **Performance Driven Landscaping Corp.**
Debtor(s)

Case No.
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Performance Driven Landscaping Corp.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Joy Nichole DeGrasse**
**2727 Dick Wilson**
**Sarasota, FL 34240**

☐ None [*Check if applicable*]

**May 4, 2020**
Date

**/s/ Timothy B. Harvey, Esq.**
**Timothy B. Harvey, Esq. 1007972**
Signature of Attorney or Litigant
Counsel for **Performance Driven Landscaping Corp.**
**T. Harvey Law, P.A.**
**9040 Town Center Pkwy**
**Lakewood Ranch, FL 34202**
**941-552-7884 Fax:941-296-8577**
**tim@tharveylaw.com**