

**From:** John DeGrasse <degrasseconsulting@gmail.com>
**Sent:** Tuesday, May 5, 2020 2:33 PM
**To:** Christina Eades <christinaeades@stoneybrookvenice.com>
**Subject:** New company announcement

Good Afternoon Christina,

I wanted to personally reach out to you today and share with you that we have a solid plan in place as we dissolve Performance Driven Landscaping.

Performance Driven Land will be purchasing all of PDL's assets and taking over.

With that being said, The Land Company will be purchasing all the employees ,support staff and all the Relationship Managers will remain the same along with our highly skilled and responsive employees.
I also plan to meet with everyone individually soon, however, it is important for you to know that it is my expectation that we will continue to provide excellent service, just under a new company name. It will be business as usual.

Please feel free to contact me directly with any questions you may have.

Thank you in advance for your business and your support.


Kind regards,

John DeGrasse
*Performance Driven Landscaping, Inc.*

Office - 941.488.7700
Fax - 941.488.7701



*"Making our customers job easy by providing Excellence"*

2