**Fill in this information to identify the case:**

Debtor name **Performance Driven Landscaping Corp.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION**

Case number (if known) **8:20-bk-03563**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 12, 2020**          X */s/ Joy Nichole DeGrasse*
                                       Signature of individual signing on behalf of debtor

                                       **Joy Nichole DeGrasse**
                                       Printed name

                                       **CFO**
                                       Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**Performance Driven Landscaping Corp.**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>**MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION**</td></tr>
<tr><td>Case number (if known):</td><td>**8:20-bk-03563**</td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BTS Horticultural Sciences c/o Simone Brown 121 Holly Ave. Sarasota, FL 34243** | john@brownstree.org (941) 920-7271 | **Trade debt** | | | | $256,079.18 |
| **Cadence Bank 17 N. 20th Street Birmingham, AL 35203** | | **PPP loan** | | | | $297,000.00 |
| **Cadence Bank 17 N. 20th Street Birmingham, AL 35203** | | **Loan** | | | | $265,000.00 |
| **Cadence Bank 17 N. 20th Street Birmingham, AL 35203** | **Nicholas** nicholas.dzembo@cadencebanking.com | **90 days or less: Accounts Receivable** | | $297,000.00 | $300,000.00 | $72,000.00 |
| **Cadence Bank 17 N. 20th Street Birmingham, AL 35203** | | **Miscellaneous mowers** | | $25,000.00 | $0.00 | $25,000.00 |
| **Deiter's Sod & Landscaping Deiter's sod Service, Inc. 2315 Zipperer Rd. Bradenton, FL 34212** | **Sally** sally@deiterssod.com | **Trade debt** | | | | $9,957.76 |
| **Edgewood Nursery 326 N. Havana Rd. Venice, FL 34292** | (941) 915-7424 | **Trade debt** | | | | $23,248.65 |
| **Florida Department of Revenue P.O. Box 6668 Tallahassee, FL 32314-6668** | **General Counsel** emailDOR@floridarevenue.com (850) 617-8347 | **2019 State payroll taxes** | **Unliquidated** | | | $200,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Performance Driven Landscaping Corp. | | | Case number *(if known)* | **8:20-bk-03563** | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Gardenmasters of SW Florida** 341 Seaboard Ave. Venice, FL 34285 | **Fred E. Moore** fmoore@blalockwalters.com | **Judgment** | **Disputed** | | | **$461,484.87** |
| **Internal Revenue Service Centralized Insolvency Ops PO Box 7346 Philadelphia, PA 19101-7346** | | **2018 Federal payroll taxes** | **Unliquidated** | | | **$70,000.00** |
| **James R. Giczewski 2111 Palm View Road Sarasota, FL 34240** | srqski@gmail.com (941) 928-2200 | **Commercial Lease** | **Contingent Unliquidated Disputed** | | | **$37,796.62** |
| **M & W Supply, Inc. 7750 Fruitville Rd. Sarasota, FL 34240** | aaron@mw-supply.com (941) 343-9954 | **Trade debt** | | | | **$33,602.34** |
| **Manatee County Utilities 4410 66th St. W. Bradenton, FL 34210** | (941) 792-8811 | **Utilities** | | | | **$18,147.62** |
| **Michael A. France 1515 Ringling Blvd. Ste. 800 Sarasota, FL 34236** | michael@mfrancelaw.com (941) 953-3600 | **Legal Fees** | | | | **$15,866.01** |
| **Midco Petroleum 2212 6th St. Sarasota, FL 34237** | donfee1961@msn.com | **Trade debt** | | | | **$12,050.29** |
| **Next Level Turf Management 8402 Sabal Industrial Blvd. Tampa, FL 33619** | brandon.nextlevelturf@gmail.com | **Trade debt** | | | | **$45,469.09** |
| **Scott Friedman 2702 W. Azelea St. Tampa, FL 33609** | scott@carbuckscorp.com | **Trade debt** | | | | **$80,000.00** |
| **Site One Landscaping 6055 Clark Center Ave. Sarasota, FL 34238** | amckown@siteone.com (941) 923-2517 | **Trade debt** | | | | **$9,564.07** |
| **Southeast Spreading Company 13650 Fiddlesticks Blvd. Ste 202-336 Fort Myers, FL 33912** | wostrov@comcast.net | **Trade debt** | | | | **$12,205.68** |

Debtor  **Performance Driven Landscaping Corp.**                                    Case number *(if known)*    **8:20-bk-03563**
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TWC Distributors, Inc.**<br>**1550 Sarasota Center Blvd.**<br>**Sarasota, FL 34240-7885** | **jstover@twcdistributors.com** | **Trade debt** | | | | **$38,531.45** |

| Fill in this information to identify the case: |
| --- |

Debtor name  **Performance Driven Landscaping Corp.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    **8:20-bk-03563**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $     **538,540.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $     **538,540.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **397,000.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $     **270,000.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **1,951,323.72**

4. Total liabilities .................................................................................................................
Lines 2 + 3a + 3b $     **2,618,323.72**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Performance Driven Landscaping Corp.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known) **8:20-bk-03563**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Cadence Bank** | **Checking** | | **$1,000.00** |
| 3.2. | **Cadence Bank** | **Payroll account** | | **$1,000.00** |
| 3.3. | **Cadence Bank** | **Money Market account (PPP Program funds)** | | **$200,000.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$202,000.00** |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Performance Driven Landscaping Corp.** | Case number *(If known)* **8:20-bk-03563** |
|---|---|---|
| | Name | |

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **300,000.00** | - | **0.00** | = .... | **$300,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. | **$300,000.00**

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Misc. office furniture and equipment** | **Unknown** | | **$2,000.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86. | **$2,000.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

| Debtor | **Performance Driven Landscaping Corp.** | | Case number *(If known)*  **8:20-bk-03563** |
|---|---|---|---|
| | Name | | |

☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

<div style="background:black;color:white;display:inline">Part 8:</div>    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Wright Stander ZK Zero-Turn Mower 52" 37 HP<br>Vanguard<br>S/N: 114034ZT** | | **Unknown** | **$1,200.00** |
| **Wright Stander ZK Zero-Turn Mower 61" 37 HP<br>Vanguard<br>SN: 114087DP** | | **Unknown** | **$1,350.00** |
| **Mower Exmark S-Series S/N 316648640<br>Purchased on 6/17/2016** | | **Unknown** | **$500.00** |
| **Wright Stander Mower - SN's: 100808KF** | | **Unknown** | **$1,200.00** |
| **Mower Exmark S-Series S/N  315655825<br>Purchased on 6/17/2016** | | **Unknown** | **$500.00** |
| **Mower Exmark S-Series S/N 316648623<br>Purchased on 6/17/2016** | | **Unknown** | **$500.00** |
| **Wright Stander ZK Zero-Turn Mower 52" 37 HP<br>Vanguard<br>S/N: 114063MC** | | **Unknown** | **$1,200.00** |
| **Wright Stander ZK Zero-Turn Mower 52" 37 HP<br>Vanguard<br>S/N: 114074YW** | | **Unknown** | **$1,200.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **Performance Driven Landscaping Corp.** | Case number *(If known)* | **8:20-bk-03563** |
|--------|------------------------------------------|--------------------------|-------------------|
|        | Name                                     |                          |                   |

| | | |
|---|---|---|
| **Wright Stander ZK Zero-Turn Mower 61" 37 HP Vanguard**<br>**SN: 114090CA** | Unknown | $1,500.00 |
| **Wright Stander Mower - SN's: 103669VS** | Unknown | $1,600.00 |
| **Wright Stander Mower - SN's: 100977FJ** | Unknown | $1,500.00 |
| **Wright Stander Mower - SN's: 1009682S** | Unknown | $1,600.00 |
| **Wright Stander Mower - SN's: 101014GQ** | Unknown | $1,850.00 |
| **Wright Stander Mower - SN's: 103673XA** | Unknown | $1,500.00 |
| **Wright Stander Mower - SN's: 101034TN** | Unknown | $1,750.00 |
| **Kohler CMD PRO EFI**<br>**S/N: 101084DV; 100419ST; 100808KF;**<br>**100958YX; 100968ZS; 100977FJ; 101014GQ;**<br>**101034TN** | Unknown | $1,500.00 |
| **Kohler CMD PRO EFI**<br>**S/N: 103635FV; 103669VS; 103673XA;**<br>**101515BM** | Unknown | $1,500.00 |
| **MTD 21" Self Propelled Mower** | Unknown | $100.00 |
| **26 cc PRO Trimmer Model SRM2620T**<br>**S/N: T94315008295; T94315008299;**<br>**T94315012071; T94315007948; T94315019310;**<br>**T94315019323; U09815002597;**<br>**U09815002599; U09815002721; T94315028661;**<br>**T94315028955** | Unknown | $2,200.00 |
| **28.2 cc CBL DR Trimmer Model # SRM280T**<br>**S/N: T48214016192; T48214016391;**<br>**T48214020177; T48214020079; T48214020172;**<br>**T48214026121; T48214026133; T48214026134;**<br>**T48214014759; T48214020153; T48214020139;**<br>**T48214026136;**<br>**T48214026139; T48214026147; T48214026150;**<br>**T48214026155; T48214020102; T48214014462;**<br>**T48214014759;T48214026097; T48214026099;**<br>**T48214026102; T48214026108; T48214026116** | Unknown | $2,000.00 |
| **30 cc PRO TRIMMER, Model #SRM3020T**<br>**S/N: U09815005235; U09815004785;**<br>**U09815002257; U09815002342; U09815002345** | Unknown | $750.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor   **Performance Driven Landscaping Corp.**                    Case number *(If known)*  **8:20-bk-03563**
Name

| | | |
|---|---|---|
| **Hedge Trimmer Model #HL100K**<br>**S/N: 508319973; 508319969; 508319976;**<br>**508319975** | Unknown | $600.00 |
| **24" Hedge Trimmer Model #:HS82T-24**<br>**S/N: 181468976 & 181468970** | Unknown | $100.00 |
| **24.1 cc EXTENDED SHAFT HEDGE TRIMMER**<br>**Model #: HL94K**<br>**S/N: 515296816; 515289701; 515289695** | Unknown | $75.00 |
| **22 cc 20" DS Shaft H/T Model #: SHC225S**<br>**S/N: T95414016240; T95414017312** | Unknown | $100.00 |
| **63 cc BP Blower Model # PB770T**<br>**S/N: P45014046948; P45014046877;**<br>**P45014046946; P4501404691; P45014058743;**<br>**P45014073742; P45014073797;**<br>**P45014046944; P45014046950; P45014046970;**<br>**P45014046873; P45014014731; P03012090442;**<br>**P45014046874;**<br>**P45014046875; P45014046891; P45014073746;**<br>**P45014073749; P45014073803; P45014073741;**<br>**P45014073755;**<br>**P45014079644; P45014079690; P45014094000;**<br>**P45014094063; P45014094013** | Unknown | $3,500.00 |
| **28.4 cc Curved Shaft Edger Model #: FC91;**<br>**S/N: 512028139** | Unknown | $100.00 |
| **26 cc Curved Shaft Edger Model # PE2620**<br>**S/N: T89715010645; T89715010940;**<br>**T89715007816; T89715015569; T69814001024;**<br>**T89715007853; T89715007863; T89715008128;**<br>**T89715007929; T89715015697; T89715015731;**<br>**U00515014190; T89715014482; T89715016837;**<br>**T89715015779; T89715021452; T89715021463;**<br>**T89715021488; T89715021534; T89715021542** | Unknown | $2,000.00 |
| **28.1 cc Stick Edger; Model # PE280**<br>**S/N: T69814001101; T69814002378;**<br>**T69814002594; T69814001130** | Unknown | $400.00 |
| **26 cc Power Pruner; Model # PPT2620; S/N:**<br>**E60415004334** | Unknown | $100.00 |
| **Earth Auger Model #: EA410; S/N:**<br>**E52012002405** | Unknown | $100.00 |
| **Versacut Saw Chain 3/8" Low PR; Model:**<br>**91VXL045G** | Unknown | $15.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Performance Driven Landscaping Corp.**                                    Case number *(If known)*  **8:20-bk-03563**
Name

| | | |
|---|---|---|
| **35.8 CC 14" Chainsaw; Model #:CS355T-14**<br>**S/N: C67415017324; C67415021168;**<br>**C67415024128; C57415024110; C67415017946** | **Unknown** | **$450.00** |

51.     **Total of Part 8.**                                                                  $34,540.00
        Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        ☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **Performance Driven Landscaping Corp.**                                    Case number *(If known)*    **8:20-bk-03563**
                 Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $202,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $300,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $34,540.00 | |
| 88. **Real property.** *Copy line 56, Part 9......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $538,540.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $538,540.00 |

| Fill in this information to identify the case: |
|---|

Debtor name **Performance Driven Landscaping Corp.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    **8:20-bk-03563**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br><br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|
| **2.1** **Cadence Bank**<br>Creditor's Name<br><br>**17 N. 20th Street**<br>**Birmingham, AL 35203**<br>Creditor's mailing address<br><br>**nicholas.dzembo@cadence<br>banking.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an<br>interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority.<br>**1. Strategic Funding**<br>**2. Knight Capital Funding**<br>**3. Cadence Bank** | **Describe debtor's property that is subject to a lien**<br>**90 days or less: Accounts Receivable**<br><br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $297,000.00 | $300,000.00 |
| **2.2** **Cadence Bank**<br>Creditor's Name<br><br>**17 N. 20th Street**<br>**Birmingham, AL 35203**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an<br>interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**Miscellaneous mowers**<br><br><br>**Describe the lien**<br>**Purchase Money Security**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $25,000.00 | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Performance Driven Landscaping Corp.** | Case number (if known) | **8:20-bk-03563** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Knight Capital Funding** | **Describe debtor's property that is subject to a lien** | **$40,000.00** | **$300,000.00** |

Creditor's Name

**9 East Lockerman St.
Ste 202-543
Dover, DE 19901**

**90 days or less: Accounts Receivable**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
- ☐ No
- ■ Yes. Specify each creditor,
  including this creditor and its relative
  priority.
  **Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **Strategic Funding** | **Describe debtor's property that is subject to a lien** | **$35,000.00** | **$300,000.00** |

Creditor's Name

**PO Box 29071
Glendale, CA 91209-9071**

**90 days or less: Accounts Receivable**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
- ☐ No
- ■ Yes. Specify each creditor,
  including this creditor and its relative
  priority.
  **Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$397,000.00** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did
you enter the related creditor? | Last 4 digits of
account number for
this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
| --- |

Debtor name **Performance Driven Landscaping Corp.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known) **8:20-bk-03563**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address<br>**Florida Department of Revenue**<br>**P.O. Box 6668**<br>**Tallahassee, FL 32314-6668** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$200,000.00** | **$200,000.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**2019 State payroll taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Ops**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$70,000.00** | **$0.00** |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**2018 Federal payroll taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Performance Driven Landscaping Corp.** | | Case number (if known) | **8:20-bk-03563** |
|---|---|---|---|---|
| | Name | | | |

---

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,073.32 |
|---|---|---|
| **American Farms** | ☐ Contingent | |
| **1484 Keane Ave.** | ☐ Unliquidated | |
| **Naples, FL 34117** | ☐ Disputed | |
| Date(s) debt was incurred  01/17/2019 | **Basis for the claim:**  Trade debt | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $729.00 |
|---|---|---|
| **Bennett Contracting** | ☐ Contingent | |
| **6029 33rd Rd. St. E.** | ☐ Unliquidated | |
| **Bradenton, FL 34203** | ☐ Disputed | |
| Date(s) debt was incurred  04/12/2019 | **Basis for the claim:**  Trade debt | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,673.88 |
|---|---|---|
| **Bentley & Bruning, P.A.** | ☐ Contingent | |
| **783 South Orange Ave.** | ☐ Unliquidated | |
| **3rd Floor** | ☐ Disputed | |
| **Sarasota, FL 34236** | | |
| Date(s) debt was incurred  11/14/2019 | **Basis for the claim:**  Legal Fees | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $256,079.18 |
|---|---|---|
| **BTS Horticultural Sciences** | ☐ Contingent | |
| **c/o Simone Brown** | ☐ Unliquidated | |
| **121 Holly Ave.** | ☐ Disputed | |
| **Sarasota, FL 34243** | | |
| Date(s) debt was incurred  11/19/2019 | **Basis for the claim:**  Trade debt | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $265,000.00 |
|---|---|---|
| **Cadence Bank** | ☐ Contingent | |
| **17 N. 20th Street** | ☐ Unliquidated | |
| **Birmingham, AL 35203** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Loan | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $297,000.00 |
|---|---|---|
| **Cadence Bank** | ☐ Contingent | |
| **17 N. 20th Street** | ☐ Unliquidated | |
| **Birmingham, AL 35203** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  PPP loan | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,957.76 |
|---|---|---|
| **Deiter's Sod & Landscaping** | ☐ Contingent | |
| **Deiter's sod Service, Inc.** | ☐ Unliquidated | |
| **2315 Zipperer Rd.** | ☐ Disputed | |
| **Bradenton, FL 34212** | | |
| Date(s) debt was incurred  12/21/2019 | **Basis for the claim:**  Trade debt | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Performance Driven Landscaping Corp.** | Case number (*if known*) | **8:20-bk-03563** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,248.65** |
|---|---|---|---|

**Edgewood Nursery**
**326 N. Havana Rd.**
**Venice, FL 34292**

Date(s) debt was incurred  05/25/2019

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,578.25** |
|---|---|---|---|

**Enverra**
**Enverra Partners, LLC**
**2101 L. Street NW**
**Ste 800**
**Washington, DC 20037**

Date(s) debt was incurred  09/07/2019

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$498.00** |
|---|---|---|---|

**Free as a Bird**
**2166 NW 10th St.**
**Ocala, FL 34475**

Date(s) debt was incurred  04/15/2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$167.77** |
|---|---|---|---|

**Frontier Communications**
**5050 Kingsley Drive**
**Cincinnati, OH 45227**

Date(s) debt was incurred  12/26/2019

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$461,484.87** |
|---|---|---|---|

**Gardenmasters of SW Florida**
**341 Seaboard Ave.**
**Venice, FL 34285**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,942.00** |
|---|---|---|---|

**J. Sanford**
**1079 N. Trail**
**#328**
**Nokomis, FL 34275**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,796.62** |
|---|---|---|---|

**James R. Giczewski**
**2111 Palm View Road**
**Sarasota, FL 34240**

Date(s) debt was incurred  07/18/2018

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Commercial Lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Performance Driven Landscaping Corp.** | Case number (if known) | **8:20-bk-03563** |
|---|---|---|---|
| | Name | | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00** |
|---|---|---|---|

**Joy DeGrasse**
**2727 Dick Wilson**
**Sarasota, FL 34240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Loan**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,602.34** |
|---|---|---|---|

**M & W Supply, Inc.**
**7750 Fruitville Rd.**
**Sarasota, FL 34240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  11/27/2018**

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,147.62** |
|---|---|---|---|

**Manatee County Utilities**
**4410 66th St. W.**
**Bradenton, FL 34210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Utilities**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,866.01** |
|---|---|---|---|

**Michael A. France**
**1515 Ringling Blvd.**
**Ste. 800**
**Sarasota, FL 34236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Legal Fees**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,050.29** |
|---|---|---|---|

**Midco Petroleum**
**2212 6th St.**
**Sarasota, FL 34237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,265.64** |
|---|---|---|---|

**Mike Armstrong Landscaping**
**8475 69th St. E.**
**Palmetto, FL 34221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$624.00** |
|---|---|---|---|

**Mulch Blowers of Florida**
**5311 36th Ave. E.**
**Birmingham, AL 35221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Performance Driven Landscaping Corp.** | | Case number *(if known)* | **8:20-bk-03563** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,469.09** |
|---|---|---|---|

**Next Level Turf Management**
**8402 Sabal Industrial Blvd.**
**Tampa, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,894.00** |
|---|---|---|---|

**Pit Stop Auto Repair**
**4402 Bee Ridge Rd.**
**Sarasota, FL 34233**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,398.72** |
|---|---|---|---|

**Pit stop Auto repair**
**1841 Tamiami Trail S.**
**Sarasota, FL 34239**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$267.40** |
|---|---|---|---|

**Pye Barker Fire & Safety**
**2141 12th St.**
**Sarasota, FL 34237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,363.43** |
|---|---|---|---|

**Republic Services**
**PO Box 271647**
**Tampa, FL 33688**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$987.52** |
|---|---|---|---|

**SaraMana Bus. Products**
**1618 Barber Rd.**
**Sarasota, FL 34240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,862.81** |
|---|---|---|---|

**Sarasota Mobile Marine Svc**
**c/o Robert Tuden**
**642 Pompano Ave.**
**Sarasota, FL 34237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Performance Driven Landscaping Corp.** | Case number (if known) | **8:20-bk-03563** |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,000.00 |
|---|---|---|---|
| | Scott Friedman<br>2702 W. Azelea St.<br>Tampa, FL 33609 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,564.07 |
|---|---|---|---|
| | Site One Landscaping<br>6055 Clark Center Ave.<br>Sarasota, FL 34238 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,205.68 |
|---|---|---|---|
| | Southeast Spreading Company<br>13650 Fiddlesticks Blvd.<br>Ste 202-336<br>Fort Myers, FL 33912 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $733.20 |
|---|---|---|---|
| | Superior Architechtural Sol.<br>1575 15th ave. Dr. E.<br>Ste 102<br>Palmetto, FL 34221 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,611.15 |
|---|---|---|---|
| | Triple O Nursery Farms, Inc.<br>14750 SW 248th St.<br>Homestead, FL 33032 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,531.45 |
|---|---|---|---|
| | TWC Distributors, Inc.<br>1550 Sarasota Center Blvd.<br>Sarasota, FL 34240-7885 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|
| | Venice Pest Control<br>114 Corporation Way<br>Venice, FL 34285 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **Performance Driven Landscaping Corp.** | Case number (if known) | **8:20-bk-03563** |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Charles F. Johnson, Esq.**<br>**Blalock Walters, P.A.**<br>**802 11th Street West.**<br>**Bradenton, FL 34205** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Jason Williams, Esq.**<br>**Shutts & Bowen LLP**<br>**300 South Orange Avenue**<br>**Suite 1600**<br>**Orlando, FL 32801** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Michael L. Morgan, Esq.**<br>**Michael L. Morgan Law Group**<br>**2364 Fruitville Rd.**<br>**Sarasota, FL 34237** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 270,000.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,951,323.72 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,221,323.72 |

**Fill in this information to identify the case:**

Debtor name   **Performance Driven Landscaping Corp.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)   **8:20-bk-03563**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest  **Fleet Vehicle Lease for 2018 Dodge Ram 1500; 2018 Isuzu NPR; 2018 Isuzu NPR; 2018 Isuzu NPR; 2018 Dodge Ram 2500; 2018 Dodge Ram 2500; 2018 Dodge Ram 2500; 2018 dodge Ram 2500; 2018 Dodge Ram 2500; 2019 Chevrolet Silverado.**  State the term remaining  **48 months**  List the contract number of any government contract | **Enterprise FM Trust PO Box 800089 Kansas City, MO 64180-0089** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest  **Triple Net Commercial Lease for business property at 7840 Fruitville, Rd., Sarasota, FL 34240**  State the term remaining  **2-years, 2-months**  List the contract number of any government contract | **James R. Giczewski 2111 Palm View Road Sarasota, FL 34240** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | **Misc. landscaping contracts (19)** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **Performance Driven Landscaping Corp.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    **8:20-bk-03563**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

#### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1  **Joy Nichole DeGrasse** | **2727 Dick Wilson Sarasota, FL 34240** | | **James R. Giczewski** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G  __2.2__ |

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

| | | | | |
|---|---|---|---|---|
| In re | **Performance Driven Landscaping Corp.** | | Case No. | **8:20-bk-03563** |
| | | Debtor(s) | Chapter | **11** |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Joy Nichole DeGrasse**<br>**2727 Dick Wilson**<br>**Sarasota, FL 34240** | **Common** | **100%** | **Equity** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CFO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

| | | | |
|---|---|---|---|
| Date | **May 12, 2020** | Signature | **/s/ Joy Nichole DeGrasse** |
| | | | **Joy Nichole DeGrasse** |

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.