**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:
PERFORMANCE DRIVEN
LANDSCAPING CORP.                                              Case No.: 8:20-bk-03563-RCT
                                                                                    Chapter 11

_____Debtor._____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

    PLEASE TAKE NOTICE that the undersigned hereby files her Notice of Appearance as Attorney for Officer/Interested Party, Joy Nichole DeGrasse, in the above styled cause, and requests that a copy of each notice of any proceeding, hearing and/or report in this matter, be served upon the undersigned via CM/ECF or at the address provided below.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that this Notice of Appearance for Interested Party and Request for Notice has been served on the 21st of October 2020, to all parties receiving notices via CM/ECF and the parties listed below were served via U.S. or Certified Mail as indicated:

U.S. Mail:
None

Certified Mail:
None

        Respectfully submitted,

        Roberts Law, PLLC
        2075 Main Street, Suite 23
        Sarasota, Florida 34237
        Office (941) 444-9783
        Fax (941) 296-8517
        www.kellyrobertslaw.com

        /s/ Kelly Roberts
        Kelly Roberts, Esq.
        F.B.N. 83804
        kelly@kellyrobertslaw.com