UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:

PERFORMANCE DRIVEN LANDSCAPING CORP.,

Debtor.

_____/

Case No.: 8:20-bk-03563-RCT
Chapter 7

**OBJECTION TO CLAIM OF JOY DEGRASSE
BY GARDENMASTERS OF SW FLORIDA, INC.**

Gardenmasters of SW Florida, Inc., by and through its undersigned attorneys, objects to the claim of Joy DeGrasse pursuant to Rule 3007 of the Federal Rules of Bankruptcy Procedure and states as follows:

1. **Joy DeGrasse Claim.** The sole shareholder of the Debtor is Joy DeGrasse. The 2018 federal tax return of the Debtor reflects "Loans to shareholders" of $1,265,996. A copy of the tax return is attached as Exhibit A. In other words, Ms. DeGrasse owes the Debtor $1,265,996. The Plan, nevertheless proposes to pay a claim in the amount of $300,000 to Ms. DeGrasse. See Docket

2688358v1

Entry #19, page 18. The claim of Ms. DeGrasse should be stricken.

Dated: December 2, 2020.

        BLALOCK WALTERS, P.A.

        /s/ Fred E. Moore
        Fred E. Moore, Esquire
        FBN: 0273480
        Email: fmoore@blalockwalters.com
        Charles F. Johnson, Esquire
        FBN: 898937
        Email: cjohnson@blalockwalters.com
        Secondary: eservice@blalockwalters.com
        802 11th Street West
        Bradenton, Florida 32405
        Telephone: 941.748.0100
        Facsimile: 941.745.2093
        Attorneys for Gardenmasters of SW Florida, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2020, I electronically filed a true and correct copy of the foregoing with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by filing using the CM/ECT system and it will send notice to all parties receiving notice by CM/ECF, including Debra Jackson, Trustee, 13829 Woodhaven Circle, Fort Myers, Florida 33905, djjtrustee1@gmail.com; Benjamin G. Martin, Esquire, 1620 Main Street, Suite 1,

Sarasota, Florida 34236, skipmartin@verizon.net; Benjamin E. Lambers, U.S. Trustee, United States Trustee – TPA7/13, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602, ben.e.lambers@usdoj.gov.

                              BLALOCK WALTERS, P.A.

                              /s/ Fred E. Moore
                              Fred E. Moore, Esquire
                              FBN: 0273480
                              Email: fmoore@blalockwalters.com
                              Charles F. Johnson, Esquire
                              FBN: 898937
                              Email: cjohnson@blalockwalters.com
                              Secondary: eservice@blalockwalters.com
                              802 11th Street West
                              Bradenton, Florida 32405
                              Telephone: 941.748.0100
                              Facsimile: 941.745.2093
                              Attorneys for Gardenmasters of SW Florida, Inc.

2688358v1