UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

PERFORMANCE DRIVEN
LANDSCAPING CORP.                    Case No.8:20-bk-03563-RCT

Debtor.                              Chapter 11
_____/

**MOTION OF REORGANIZED DEBTOR TO
MODIFY CONFIRMED PLAN OF REORGANIZATION**

COMES NOW the Reorganized Debtor, PERFORMANCE DRIVEN LANDSCAPING CORP., hereafter referred to as "Debtor", by and through the undersigned attorney, and pursuant to 11 U.S.C. § 1193 respectfully requests that this Court modify the confirmed plan of reorganization in this case. In support of this motion, Debtor states as follows:

1. On May 4, 2020 the Debtor filed a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code.

2. On May 14, 2020 the Court entered an order converting the case from a case under Chapter 7 to a case under Subchapter V of Chapter 11.

3. On March 18, 2021 the Court entered the Order Confirming Second Amended Plan (Doc. No. 193) which confirmed the Debtor's Second Amended Plan of Reorganization (Doc. No. 154), the "Plan". The Plan was confirmed under Section 1191 (b) of the Bankruptcy Code.

4. The Debtor was the proponent of the plan which was confirmed.

5. The Plan has not been "substantially consummated". No payments have been made to any unsecured creditors under the Plan.

6. Pursuant to 11 U.S.C. 1193 (c), a reorganized debtor may modify a plan

confirmed under 1191(b) at any time after confirmation of such plan and before three (3) years.

7. Debtor proposes to modify the Plan to provide for the sale of substantially all of the assets of the Debtor with the net proceeds of the sale to be paid to its creditors under the modified plan. The modified plan will be filed contemporaneously with the filing of this motion or shortly thereafter.

8. The Debtor believes that the modified plan will meet the requirements of Section 1191(b) of the Bankruptcy Code.

WHEREFORE, Debtor prays that this Court, after notice and a hearing, confirm the modified plan pursuant to §11 U.S.C. 1193.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of this Motion of Reorganized Debtor to Modify Confirmed Plan of Reorganization has been served electronically or by first class United States mail postage prepaid to the United States Trustee, Attention Benjamin Lambers, Esq., 501 E. Polk Street, Suite 1200, Tampa, FL 33602; Subchapter V Trustee, Debra Jackson, DJJ Consulting LLC, 13829 Woodhaven Circle, Fort Myers, FL 33905; Debtor, Performance Driven Landscaping Corp., 311 Sarasota Center Blvd., Sarasota, FL 34240; and to all parties on the attached mailing matrix list on this  3rd  day of May, 2021.

/s/ Benjamin G. Martin
Benjamin G. Martin
Attorney at Law
1620 Main Street, Suite 1
Sarasota, Florida 34236
(941) 951-6166
Florida Bar No. 464661
skipmartin@verizon.net

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:20-bk-03563-RCT<br>Middle District of Florida<br>Tampa<br>Mon May  3 10:04:42 EDT 2021 | David Fauquier<br>Feher Law, PLLC<br>1275 66th Street N., #40042<br>St. Petersburg, FL 33743-9502 | Vanessa Fauquier<br>Feher Law, PLLC<br>1275 66th Street N., #40042<br>St. Petersburg, FL 33743-9502 |
| Gardenmasters of SW Florida, Inc.<br>c/o Blalock Walters, P.A.<br>802 11th Street West<br>Bradenton,, FL 34205-7734 | NKC Enterprises, Inc., d/b/a M&W Supply Comp<br>7750 Fruitville Road<br>Sarasota, FL 34240-9255 | Performance Driven Landscaping Corp.<br>311 Sarasota Center Blvd<br>Sarasota, FL 34240-9382 |
| Strategic Funding Source, Inc. d/b/a Kapitus<br>c/o Donald R. Kirk<br>Carlton Fields<br>P.O. Box 3239<br>Tampa, FL 33601-3239 | American Farms<br>1484 Keane Ave.<br>Naples, FL 34117-2926 | BTS Horticultural Sciences<br>c/o Simone Brown<br>121 Holly Ave.<br>Sarasota, FL 34243-1414 |
| Bennett Contracting<br>6029 33rd Rd. St. E.<br>Bradenton, FL 34203 | Bentley & Bruning, P.A.<br>783 South Orange Ave.<br>3rd Floor<br>Sarasota, FL 34236-4702 | Cadence Bank<br>Attn: Nicholas S. Dzembo<br>SVP. Commercial Banking<br>25 South Links Ave.<br>Sarasota, FL 34236-5906 |
| Cadence Bank, N.A.<br>2002 Timberloch Place, Suite 600<br>The Woodlands, TX 77380-1187 | Cadence Bank, N.A.<br>Jason A. Weber, Esq.<br>1000 Corporate Drive, Suite 150<br>Fort Lauderdale, Florida 33334-3655 | Charles F. Johnson, Esq.<br>Blalock Walters, P.A.<br>802 11th Street West.<br>Bradenton, FL 34205-7734 |
| Deiter's Sod & Landscaping<br>Deiter's sod Service, Inc.<br>2315 Zipperer Rd.<br>Bradenton, FL 34212-9701 | Department of Labor and Security<br>Hartman Building Suite 307<br>2012 Capital Circle Southeast<br>Tallahassee FL 32399-6583 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 |
| Dept. of Revenue<br>Tallahassee, FL | Edgewood Nursery<br>326 N. Havana Rd.<br>Venice, FL 34292-2526 | Enverra<br>Enverra Partners, LLC<br>2101 L. Street NW<br>Ste 800<br>Washington, DC 20037-1657 |
| First National Bank Omaha<br>1620 Dodge St Stop Code 3129<br>Omaha, NE 68197-0002 | Florida Department of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Free as a Bird<br>2166 NW 10th St.<br>Ocala, FL 34475-5340 |
| Frontier Communications<br>5050 Kingsley Drive<br>Cincinnati, OH 45227-1115 | Gardenmasters of SW Florida<br>341 Seaboard Ave.<br>Venice, FL 34285-4664 | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Philadelphia, PA | J. Sanford<br>1079 N. Trail<br>#328<br>Nokomis, FL 34275 | James R. Giczewski<br>2111 Palm View Road<br>Sarasota, FL 34240-8886 |

| | | |
|---|---|---|
| James R. Giczewski<br>and Maria L. Giczewski.<br>c/o James A. Timko, Esq<br>300 South Orange Avenue, Suite 1600<br>Orlando, FL 32801-3382 | James R. Giczewski<br>and Maria L. Giczewski.<br>c/o James A. Timko, Esq<br>300 South Orange Avenue, Suite 1600<br>Orlando, Florida 32801-3382 | James R. Giczewski<br>c/o James A. Timko, Esq.<br>Shutts & Bowen LLP<br>300 S. Orange Ave., Suite 1600<br>Orlando, FL 32801-3382 |
| Jason Williams, Esq.<br>Shutts & Bowen LLP<br>300 South Orange Avenue<br>Suite 1600<br>Orlando, FL 32801-3382 | Joy Nichole DeGrasse<br>2727 Dick Wilson<br>Sarasota, FL 34240-8726 | Joy Nichole DeGrasse<br>c/o Kelly Roberts, Esq<br>2075 Main Street, Suite 23<br>Sarasota, Florida 34237-6031 |
| Knight Capital Funding<br>9 East Lockerman St.<br>Ste 202-543<br>Dover, DE 19901-8306 | Luxury Home Magazine<br>PO Box 993<br>Ellenton, FL 34222-0993 | M & W Supply, Inc.<br>7750 Fruitville Rd.<br>Sarasota, FL 34240-9255 |
| Manatee County Utilities<br>4410 66th St. W.<br>Bradenton, FL 34210-2606 | Maria L. Giczewski<br>c/o James A. Timko, Esq.<br>Shutts & Bowen LLP<br>300 S. Orange Ave., Suite 1600<br>Orlando, FL 32801-3382 | Michael A. France<br>1515 Ringling Blvd.<br>Ste. 800<br>Sarasota, FL 34236-6782 |
| Michael L. Morgan, Esq.<br>Michael L. Morgan Law Group<br>2364 Fruitville Rd.<br>Sarasota, FL 34237-6129 | Midco Petroleum<br>2212 6th St.<br>Sarasota, FL 34237-2899 | Mike Armstrong Landscaping<br>8475 69th St. E.<br>Palmetto, FL 34221-9435 |
| Mulch Blowers of Florida<br>5311 36th Ave. E.<br>Palmetto, FL 34221-6924 | NKC ENTERPRISES, INC., D/B/A M&W SUPPLY COMP<br>Timothy W. Gensmer, Esquire<br>2831 Ringling Blvd., Suite 202-A<br>Sarasota, FL 34237-5348 | NKC Enterprises, Inc.<br>d/b/a M&W Supply Company<br>c/o Timothy W. Gensmer, P.A.<br>2831 Ringling Blvd, Suite 202-A<br>Sarasota, FL 34237-5348 |
| Next Level Turf Management<br>6515 Muck Pond Rd<br>Seffner, FL 33584-2438 | Pit Stop Auto Repair<br>1841 S. Tamiami Trail<br>Venice, FL 34293-3128 | Pit Stop Auto Repair<br>4402 Bee Ridge Rd.<br>Sarasota, FL 34233-2502 |
| Pye Barker Fire & Safety<br>2141 12th St.<br>Sarasota, FL 34237-2793 | Republic Services<br>PO Box 271647<br>Tampa, FL 33688-1647 | SaraMana Bus. Products<br>1618 Barber Rd.<br>Sarasota, FL 34240-9393 |
| Sarasota County Tax Collector<br>101 S Washington Blvd<br>Sarasota, FL 34236-6993 | Sarasota County Tax Collector<br>101 S Washington Bvd<br>Sarasotas, FL 34236-6993 | Sarasota Mobile Marine Svc<br>c/o Robert Tuden<br>642 Pompano Ave.<br>Sarasota, FL 34237-4648 |
| Scott Friedman<br>2702 W. Azeele St.<br>Tampa, FL 33609-4220 | Site One Landscaping<br>6055 Clark Center Ave.<br>Sarasota, FL 34238-2718 | Southeast Spreading Company<br>13650 Fiddlesticks Blvd.<br>Ste 202-336<br>Fort Myers, FL 33912-0312 |

| | | |
|---|---|---|
| Strategic Funding<br>PO Box 29071<br>Glendale, CA 91209-9071 | Strategic Funding Source, Inc. d/b/a Kapitus<br>J. Ryan Yant<br>Carlton Fields, P.A.<br>Post Office Box 3239<br>Tampa, Florida 33601-3239 | Strategic Funding Source, Inc.d/b/a Kapitus<br>Donald R. Kirk<br>Post Office Box 3239<br>Tampa, Florida 33601-3239 |
| Superior Architechtural Sol.<br>1575 15th ave. Dr. E.<br>Ste 102<br>Palmetto, FL 34221-2827 | TWC Distributors, Inc<br>c/o Lara R. Fernandez, Esq.<br>101 East Kennedy Boulevard, Suite 2700<br>Tampa, Florida 33602-5150 | TWC Distributors, Inc.<br>1550 Sarasota Center Blvd.<br>Sarasota, FL 34240-7885 |
| Triple O Nursery Farms, Inc.<br>14750 SW 248th St.<br>Homestead, FL 33032-5202 | Venice Pest Control<br>114 Corporation Way<br>Venice, FL 34285-5558 | Donald R Kirk +<br>Carlton Fields, P.A.<br>PO Box 3239<br>4221 W. Boy Scout Blvd., #1000 (33602)<br>Tampa, FL 33607-5743 |
| Benjamin E. Lambers +<br>Timberlake Annex<br>501 E. Polk Street, Suite 1200<br>Tampa, FL 33602-3945 | Benjamin G Martin +<br>Law Offices of Benjamin Martin<br>1620 Main Street, Suite 1<br>Sarasota, FL 34236-5824 | Timothy W Gensmer +<br>Timothy W Gensmer, PA<br>2831 Ringling Blvd<br>Suite 202-A<br>Sarasota, FL 34237-5348 |
| United States Trustee - TPA7/13 +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Lara Roeske Fernandez +<br>Trenam Law<br>101 E. Kennedy Boulevard, Suite 2700<br>Tampa, FL 33602-5150 | Fred E Moore +<br>Blalock Walters, P.A.<br>802 11th Street West<br>Bradenton, FL 34205-7734 |
| Kristina E Feher +<br>Feher Law, P.L.L.C.<br>1275 66th Street N., #40042<br>St. Petersburg, FL 33743-9502 | Jason A Weber +<br>Tiffany & Bosco, P.A.<br>1000 Corporate Drive, Suite 150<br>Fort Lauderdale, FL 33334-3655 | James A Timko +<br>Shutts & Bowen, LLP<br>300 S Orange Avenue, Suite 1600<br>Orlando, FL 32801-3382 |
| John R Yant +<br>Carlton Fields Jorden Burt, P.A.<br>4221 West Boyscout Boulevard, Suite 1000<br>Post Office Box 3239 (33601)<br>Tampa, FL 33601-3239 | Kelly K Roberts +<br>Roberts Law, PLLC<br>2075 Main Street, Suite 23<br>Sarasota, FL 34237-6031 | Debra Jackson +<br>DJJ Consulting LLC<br>3670 Mossy Oak Drive<br>Fort Myers, FL 33905-3841 |

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

| | | |
|---|---|---|
| (u)Cadence Bank, N.A. | (u)Joy Degrasse | (u)James R. Giczewski |
| (u)Maria L. Giczewski | (u)TWC Distributors, Inc. | (u)Rebecca Wolf, CPA<br>Trusted Accounting Solutions, Inc |

| | | |
|---|---|---|
| (u)GARDENMASTERS of SW Florida, Inc. | (d)Next Level Turf Management<br>6515 Muck Pond Road<br>Seffner, FL 33584-2438 | (d)Pit stop Auto Repair<br>1841 S. Tamiami Trail<br>Venice, FL 34293-3128 |
| (d)Scott Friedman<br>2702 W. Azeele St.<br>Tampa, FL 33609-4220 | End of Label Matrix<br>Mailable recipients   80<br>Bypassed recipients   10<br>Total                 90 | |