[Dostkamd] [Order Striking Amendment To Schedules]

ORDERED.

**Dated: June 16, 2021**

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Case No.
8:20–bk–03563–RCT
Chapter 11

Performance Driven Landscaping Corp.

_____Debtor*_____/

### *ORDER STRIKING AMENDMENT TO SCHEDULE E/F*

   THIS CASE came on for consideration, without hearing, of the Amendment to Schedule E/F filed June 15, 2021, Doc. No. 226. The Amendment to Schedule E/F is deficient as follows:

> The Amendment to Schedules does not include an Amended Summary of Your Assets and Liabilities required for reporting purposes in compliance with 28 U.S.C. § 159(c)(3)(A), (B) and/or (C).

> .

   Accordingly, it is **ORDERED:**

   The Amendment to Schedule E/F is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.